IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| TANESHA MYERS, | * | |
|---|---|---|
| | * | |
| Plaintiff, | * | CIVIL ACTION NO. 13-00099-B |
| | * | |
| vs. | * | |
| | * | |
| CAROLYN W. COLVIN, | * | |
| Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |

# JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income be **REVERSED AND REMANDED**.

**DONE** this **23rd** day of **September, 2014**.

                                             /s/ SONJA F. BIVINS
                                     UNITED STATES MAGISTRATE JUDGE